MURIEL B. STEPHENS et al., Appellants, v. DOMESTIC AND FOREIGN MISSION SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES OF AMERICA et al., Respondents.— No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur. [20 Misc 2d 1061.]

SWEET HOLLOW NURSERIES, INC., Appellant, v. HUNTINGTON TOWN PLANNING BOARD et al., Respondents.— No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.